*UNITED STATES DISTRICT COURT*

*DISTRICT OF ARIZONA*

**United States of America**
**Vs.**

**Gerardo BERNAL**

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 10 - 6233M

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about April 26, 2010 in the District of Arizona, defendant Gerardo BERNAL did knowingly and intentionally possess with intent to distribute, 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

I am a Special Agent with the Bureau of Land Management and this complaint is based on the following facts:

**See the attached Statement of Probable Cause.**

Continued on the attached sheet and incorporated by reference herein:   **X** Yes   ☐ No

AUTHORIZED BY: Howard Sukenic, AUSA   4/27/10

Angela K. Stevens, BLM
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

April 27, 2010
Date

at

Phoenix, Arizona
City and State

Honorable
United States Magistrate Judge David K. Duncan
Name and Title of Judicial Officer

Signature of Judicial Officer

# Statement of Probable Cause

## BACKGROUND:

I, Angela Stevens, Special Agent with the Bureau of Land Management, write this affidavit with ten years of law enforcement experience. I began my career as a law enforcement officer with the United States Border Patrol. I worked as a Border Patrol Agent for ten years in Arizona and Minnesota. I was a Border Patrol Agent for seven years and a Supervisory Border Patrol Agent for three years. I have been employed as a Special Agent with the Bureau of Land Management for six months. I recently completed the Criminal Investigator Training Program at the Federal Law Enforcement Center in Glynco, Georgia. Prior to my career in law enforcement I obtained a Bachelor of Arts Degree in English and Sociology from Western Washington University.

Part of my job responsibilities as a Special Agent is to conduct drug smuggling investigations on the Sonoran Desert National Monument (SDNM). The SDNM is federally-administered by the United States Department of the Interior, Bureau of Land Management, and is located in Pinal and Maricopa Counties. The SDNM borders the Tohono O'Odham Nation Reservation to the north, and extends north of Interstate 8, from approximately mile marker 160 to the east, and to approximately mile marker 120 to the west. The SDNM is a known smuggling corridor for drugs and undocumented aliens traveling to Phoenix, Casa Grande, and Tucson, Arizona. In particular regarding this case, mile marker 146, east of the Vekol Road exit, off of Interstate 8, is one of several well established pick-up locations for drugs and undocumented aliens.

## INVESTIGATION:

On April 26, 2010, I was notified BLM Ranger Ken Gerald (BLM 206) had encountered an individual who was found to be in possession of narcotics. At 2015 hours, Ranger Gerald observed a vehicle pulled to the south side of the road at milepost 146 along Interstate 8. The vehicle, a black Chevrolet pickup bearing Arizona AGK2240, was running and had both hazard and headlights on. As Ranger Gerald pulled behind the truck, an individual wearing a white shirt was observed standing at the bed of the truck. The individual retrieved a case of water from the bed, ran approximately 30 feet south of the truck and dropped the case of water on ground. At the same time, another individual ran to the rear of the pickup and placed a large white object into the bed of the truck. As Ranger Gerald engaged his emergency equipment, the individual who placed the water on the ground ran to the driver's door in an attempt to enter the vehicle while the other individual absconded into the brush. Ranger Gerald identified himself to the individual standing at the driver's side of the truck and ordered him to the ground. As Ranger Gerald secured the individual he observed three individuals running south into the brush and several large white objects on the ground. From his past experience, Ranger Gerald identified the objects as bundles of marijuana.

BLM Ranger Dale Carpenter (BLM 210) and Arizona Department of Public Safety Officer Mitchell (Badge 461) responded to assist Ranger Gerald. In total, six bundles of marijuana were encountered. Each bundle of marijuana is wrapped in brown cellophane which is covered by white sugar sacks. Each bundle had backpack-style straps. A search of the area was conducted for additional subjects and any additional bundles of marijuana, with negative results. The subject, identified as Gerardo BERNAL and the marijuana were transported the Casa Grande Border Patrol Station for processing.

At the Casa Grande Border Patrol Station, I read BERNAL his Advice of Rights in the English language at 2351 hours. This was witnessed by Ranger Gerald. BERNAL reviewed and signed his Advice of Rights in English and agreed to answer our questions. I interviewed BERNAL with audio and video recording in English, including his verbal and written Advice of Rights.

BERNAL stated that on today's date of April 26, he traveled from Queen Creek to Gila Bend to look at a tractor at Massey Ferguson. BERNAL stated he viewed an old broken tractor in Gila Bend but was unable to provide a model year of the tractor. BERNAL also claimed he did not speak with any individuals when he viewed the tractor. BERNAL claimed he then purchased two cases of water and several food items from the McDonald's in Gila Bend. He stated he planned to take these items to a friend in Eloy, which is why he eventually traveled eastbound on Interstate 8. BERNAL refused to provide a name or an address for the friend he claimed to be going to visit. BERNAL stated he pulled to the side of the road at milepost 146 because his truck was feeling "bumpy" and he wanted to check the tires. Initially, BERNAL claimed as he was checking the tires, three or four individuals ran towards his truck and caught him off guard. He stated the individuals wore hoodies and jeans but he was unable to distinguish their race. BERNAL stated one of the individuals threw a large white object in the bed of his truck. BERNAL, after further questioning, eventually admitted he was delivering supplies for the individuals in the desert. When BERNAL was asked who assisted him with making the arrangements of the delivery, BERNAL stated he no longer wanted to answer our questions and requested an attorney. All questioning ceased at this time.

AUSA Howard Sukenic authorized prosecution of BERNAL for knowingly and intentionally possessing with the intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana. BERNAL will be transported to the Maricopa County Jail to await further disposition.

### DRUG DISPOSITION:

A total of six bundles were transported to the United States Border Patrol office in Casa Grande, Arizona. The bundles were weighed, tagged, documented and stored. The aggregate weight was approximately 125 kilos (276 pounds). The marijuana will subsequently be transported to the DEA storage facility in Phoenix and core samples will be sent to the lab for analysis.

**SUBJECT INFORMATION:**

Gerardo BERNAL
DOB: (     1992
25816 S. Ellsworth Road
Queen Creel, Arizona 85242

**ALLEGATION:**

On these facts, I believe there is probable cause to believe that on or about April 26, 2010, in the District of Arizona, defendant Gerardo BERNAL did knowingly and intentionally possess with the intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

I make this statement under penalty of perjury,

Angela Stevens, Special Agent
Bureau of Land Management

Sworn to and subscribed before me this 27 day of April, 2010,

HONERABLE DAVD K. DUNCAN
United States Magistrate Judge